**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     *Thomas Gunnar Kelly v. Sherry Marie Kelly*

Appellate case number:   01-19-00580-CV

Trial court case number: 2018-21540

Trial court:             246th District Court of Harris County

On December 28, 2020, appellee, Sherry Marie Kelly, filed a motion to expedite submission of the appeal and set this appeal for submission as soon as possible. This appeal is not an accelerated appeal under Texas Rule of Appellate Procedure 28.1. *See* TEX. R. APP. P. 28.1.

Appellee's motion is **denied**. This appeal will be set for submission on the briefs in March. A notice with the official submission date will be sent at a later time.

It is so ORDERED.

Judge's signature: /s/ April Farris
                    ☒ Acting individually     ☐ Acting for the Court

Date: January 14, 2021